UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

      Plaintiff(s),                         Case No. 99-72529

v.                                              Hon. Nancy G. Edmunds

Craig D. Brown,

      Defendant(s).
_____/

## OPINION AND ORDER DENYING DEFENDANT'S REQUEST TO QUASH GARNISHMENT [24]

This matter comes before the Court on Defendant's objection and request to quash garnishment filed on May 3, 2010. [Docket Text # 24.] A hearing was held on May 26, 2010. The Court having reviewed the pleadings in this matter, being fully advised in the premises, and for the reasons set forth on the record, hereby DENIES Defendant's request to quash garnishment.

          s/Nancy G. Edmunds
          Nancy G. Edmunds
          United States District Judge

Dated: June 1, 2010

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 1, 2010, by electronic and/or ordinary mail.

          s/Carol A. Hemeyer
          Case Manager